IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ISLAND GREEN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:10-cv-00033-CVG-GWC |
| v. ) | |
| ) | |
| STEWART TITLE GUARANTY ) | |
| COMPANY, PREMIER TITLE ) | |
| COMPANY, INC. and ) | |
| KEVIN F. D'AMOUR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thiesing Law Firm, LLC, by Matthew J. Thiesing, Esquire, hereby enters its appearance for and on behalf of Defendants Kevin F. D'Amour and Premier Title Company, Inc. in the above-entitled matter and requests that copies of all pleadings, motions, orders and other documents filed in the captioned matter be served on the undersigned.

DATED: December 4, 2011                    Respectfully Submitted,

**THIESING LAW FIRM, LLC**

By:   /s/ Matthew J. Thiesing
      MATTHEW J. THIESING, ESQ.
      V.I. Bar. No. 972
      Attorneys for Kevin F. D'Amour and Premier Title Company, Inc.
      Thiesing Law Firm, LLC
      103 Palm Blvd., Suite 1-B
      Isle of Palms, SC 29451
      O. 843.242.8101
      M. 843.834.1162
      F. 866.775.0432

NOTICE OF APPEARANCE
Island Green LLC v Stewart Title, et. al.
*Civil No. 2010-33*

mjt@tlfcharleston.com

## CERTIFICATE OF SERVICE

 It is hereby certified that on this ⁴ᵗʰ day of December 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

   Simone R. D. Francis, Esquire
   Ogletree Deakins Nash Smoak & Stewart LLC
   The Tunick Building, Suite 201
   1336 Beltjen Road
   St. Thomas, VI 00802
   Simone.Francis@ogletreedeakins.com

   Carol G. Hurst, Esq.
   5150 Dronningens Gade, Ste. 4
   St. Thomas, VI  00802-6924
   E-Mail:  cghurst@hurstvilaw.com

   /s/ Matthew J. Thiesing